UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

MBS Hospitality, Inc.

    v.

Wolf Ranch 160, LLC, et.al.

DEFAULT JUDGMENT

Case No. CIV S-2:08-cv-1441 GEB KJN

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $2,067,634.40 ($1,562,500.00 with prejudgment interest of $505,134.40) is hereby ENTERED against defendants:

    **Wolf Ranch 160, LLC, John Raptis and Kerry Raptis**

August 10, 2010

VICTORIA C. MINOR, CLERK

By: __/s/ J. Donati_____
J. Donati, Deputy Clerk